UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J.N., A MINOR, and MELISSA NELSON
AS NEXT FRIEND,

    Plaintiffs,

                                                  Civil Action No. 15-10406

v.

                                                  HONORABLE DENISE PAGE HOOD

MELVIN ALLEN, et al.,

    Defendants.
_____/

## ORDER SETTING HEARING DATE TO APPOINT
## GUARDIAN AD LITEM AND
## TO SET DATES TO APPROVE SETTLEMENT

At a status conference on September 27, 2016, the parties informed the Court that they have resolved the matter and were seeking approval from the State Probate Court. The Court, having reviewed the matter, finds that it will appoint a guardian ad litem on behalf of the minor to review any settlement agreement between the parties and to report any findings and recommendations to the Court. The Court is thereafter required to make an independent determination that any settlement is in the minor's best interest. *Dean v. Holiday Inns, Inc.,* 860 F.2d 670, 673 (6th Cir. 1988); *Green v. Nevers,* 111 F.3d 1295, 1301 (6th Cir. 1997); *Knight-Stanner v. Pruitt,* 2010 WL 432424, * 1 n.2 (W.D. Mich. Jan. 26, 2010) (Federal rules govern any approval of a settlement, not the Michigan Rules of Court. Fed. R. Civ. P. 81(c)(1)).

Accordingly,

IT IS ORDERED that the parties appear for a hearing set for **Monday, October 17, 2016, 4:00 p.m.** in this matter on the appointment of a guardian ad litem issue and to set dates for the settlement approval hearing.

S/Denise Page Hood
Denise Page Hood
Chief Judge, United States District Court

Dated:  October 5, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 5, 2016, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager
